UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Roy L. Jackson,<br><br>                                  Plaintiff(s),<br>vs.<br><br>City of Sand Springs,<br><br>                                  Defendant(s). | Case No.: 4:22-cv-70-GKF-JFJ<br><br><br><br>SETTLEMENT CONFERENCE REPORT |

On March 27, 2023, a Settlement Conference was held in the captioned matter.

[X] The litigation was settled; within  15  days of the date hereof, the Plaintiff and Defendant shall file:

-- a Stipulation of Dismissal
   OR
-- Agreed Judgment and
   Motion to Enter Agreed Judgment

[ ] The litigation was not settled.

[ ] Settlement negotiations are pending. The parties are to phone the undersigned by _____ on _____ .

DATED: 3/27/2023

_____
Christine D. Little, U.S. Magistrate Judge