IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ROY L. JACKSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 22-cv-070-GKF-JFJ ) |
| (1) CITY OF SAND SPRINGS, an Oklahoma Municipal Corporation, | ) ) ) ) |
| Defendant. | ) |

## PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED BY AND BETWEEN** the Plaintiff, Roy Jackson, and the Defendant, City of Sand Springs, as follows:

1. Plaintiff's claims against Defendant are dismissed with prejudice.
2. Plaintiff and Defendant shall bear their own fees and costs.
3. This dismissal disposes of all claims brought by Plaintiff against Defendant.

Respectfully submitted,

*/s/ Roy L. Jackson*
Roy L. Jackson, Pro Se
7701 W. Parkway Blvd., #207
Tulsa, Oklahoma 74127
(918) 246-5818

And

ROSENSTEIN, FIST & RINGOLD

By: s/ Eric D. Janzen
Eric D. Janzen, OBA #13826
ejanzen@rfrlaw.com
525 S. Main, Suite 700
Tulsa, OK 74103
918.585.9211 telephone
918.583.5617 facsimile
*Attorneys for Defendant City of Sand Springs*

2

## CERTIFICATE OF SERVICE

X    I hereby certify that on the 10th day of April, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

X    I hereby certify that on the 10th day of April, 2023, I served the same document by U.S. Postal Service on the following, who are not registered participants of the ECF System:

        Roy L. Jackson, Pro Se
        7701 W. Parkway Blvd., #207
        Tulsa, OK 74127

_____
of Rosenstein, Fist & Ringold